No. 818, Misc.  FRANCO v. UNITED STATES.  Motion for leave to file petition for writ of certiorari denied. Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 830, Misc.  KING v. RHAY, PENITENTIARY SUPERINTENDENT;

No. 875, Misc.  TANSIMORE v. ANDERSON;

No. 905, Misc.  WATKINS v. MADIGAN, WARDEN;

No. 917, Misc.  WINBERRY v. FLORIDA;

No. 922, Misc.  REICKAUER v. PEYTON, PENITENTIARY SUPERINTENDENT;

No. 941, Misc.  KARL v. RICHARDSON, WARDEN;

No. 949, Misc.  AREND v. RUSSELL, CORRECTIONAL SUPERINTENDENT;

No. 950, Misc.  MACFADDEN v. ALAMEDA CITY POLICE COURT ET AL.;

No. 960, Misc.  BULLINER v. EYMAN, WARDEN;

No. 978, Misc.  PARTEE v. OHIO;

No. 984, Misc.  COOK v. TAYLOR, WARDEN; and

No. 987, Misc.  O'NEILL v. TAHASH, WARDEN.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 891, Misc.  VASQUEZ v. ARIZONA ET AL.;

No. 904, Misc.  DUMOND v. WAINWRIGHT, CORRECTIONS DIRECTOR;

No. 935, Misc.  BURNS v. KANSAS;

No. 956, Misc.  BRANNAN v. HOLMAN, WARDEN;

No. 964, Misc.  TRIPLETT v. ARIZONA ET AL.;

No. 986, Misc.  TOMKALSKI v. OHIO ET AL.; and

No. 998, Misc.  FORSYTHE v. MYERS, CORRECTIONAL SUPERINTENDENT.  Motions for leave to file petitions for writs of habeas corpus denied.  Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.